## BENJAMIN MAGEE *v.* COMMISSIONER OF CORRECTION

The petitioner Benjamin Magee's petition for certification for appeal from the Appellate Court, 105 Conn. App. 210 (AC 27071), is denied.

*Mary Boehlert*, special public defender, in support of the petition.

Decided February 26, 2008